**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

JUDITH PELAEZ, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

OZIUM HOLDINGS, LLC,

Defendant.

Case No.: 2:26-cv-251

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: August 11, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Jason B. Marshall**
By: Jason B. Marshall
IN Bar No.: 36889-49
4903 Avenue N,
Brooklyn, NY 11234
jmarshall@ealg.law
(463) 777-4196